Filed 7/20/16 by Clerk of Supreme Court

IN THE SUPREME COURT

STATE OF NORTH DAKOTA

2016 ND 143

Interest of E.P., minor child

-----------------------------------

State of North Dakota, Petitioner and Appellee

v.

E.P., a child, M.H., her mother; T.P., father 

of E.P.; and the Executive Director of the North 

Dakota Department of Human Services, Respondents

-----------------------------------

M.H.,       Appellant

No. 20160184

Interest of J.F., minor child

-----------------------------------

State of North Dakota, Petitioner and Appellee

v.

J.F., a child, M.H., her mother; C.F., father 

of J.F.; and the Executive Director of the North 

Dakota Department of Human Services, Respondents

-----------------------------------

M.H.,       Appellant

No. 20160185

Interest of D.H., minor child

-----------------------------------

State of North Dakota, Petitioner and Appellee

v.

D.H., a child, M.H., her mother; M.F., father 

of D.H.; and the Executive Director of the North 

Dakota Department of Human Services, Respondents

-----------------------------------

M.H.,       Appellant

No. 20160186

Appeal from the Juvenile Court of Stark County, Southwest Judicial District, the Honorable James D. Gion, Judge.

AFFIRMED.

Per Curiam.

Brittney A. Bornemann, Stark County Courthouse, P.O. Box 130, Dickinson, ND 58602-0130, for petitioner and appellee; submitted on brief.

Mark C. Sherer, 103 First Ave. W., Ste. 101, Dickinson, ND 58601, for appellant; submitted on brief.

Interests of E.P., J.F, D.H.

Nos. 20160184
, 
20160185, 20160186

Per Curiam
.

[¶1] 
A mother appeals from a juvenile court order terminating her parental rights.  The mother argues the juvenile court erred because the State did not prove the causes of the children’s deprivation were likely to continue or that the children were suffering, or would probably suffer, a serious harm absent termination of her parental rights.  We conclude the juvenile court’s findings are not clearly erroneous and the court made alternate findings sufficient to terminate parental rights.  We summarily affirm under N.D.R.App.P. 35.1(a)(2) and 35.1(a)(7).  
In re R.L.-P.
, 2014 ND 28, 842 N.W.2d 889. 

[¶2] Gerald W. VandeWalle, C.J.

Daniel J. Crothers

Dale V. Sandstrom

Carol Ronning Kapsner

Lisa Fair McEvers